# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARON MONTERO JONES,
Petitioner,
vs.
CLARK COUNTY SHERIFF,
Respondent.

No. 81184

FILED

JUN 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

This pro se petition for a pretrial writ of habeas corpus challenges the justice court's jurisdiction (based on the alleged issuance of a criminal complaint containing a blank, *see* NRS 4.320) and the justice court's probable cause determination (allegedly based on the medical records of someone else).

Petitioner does not allege he previously sought and was denied habeas relief in the district court. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court" in the first instance.). Moreover, although petitioner provided two affidavits pertaining to some of his allegations, petitioner has not provided this court with any exhibits or other documentation supporting his claims for relief, including copies of the allegedly defective complaint and probable cause evidence. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

20-20982

"Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). We conclude that petitioner has failed to demonstrate our intervention by extraordinary writ is warranted. Further, to the extent that petitioner has counsel, he must proceed by and through his counsel of record. Therefore, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b). Accordingly, we deny the petition.

It is so ORDERED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.
Hardesty

_____Stiglich_____, J.
Stiglich

cc:  Baron Montero Jones
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk